**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NAPOLEON VENIDO CASTILLO, | ) | NO. ED CV 09-270-AHM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 11, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**